ACCEPTED
01-14-00240-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 4:18:43 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01023-CR

| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| VS. | § | FIRST JUDICIAL DISTRICT |
| SEAN MICHAEL MCGUIRE | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 4:18:43 PM
CHRISTOPHER A. PRINE
Clerk

STATE'S MOTION FOR JUDICIAL NOTICE

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

In this case, the trial court dismissed Count II of the indictment as a double jeopardy violation because Appellee was convicted in Count I for felony murder. The appeal of the conviction in Count I is pending in this Court, *McGuire v. State*, No. 01-14-00240-CR.

Count I for felony murder, Count II for intoxication manslaughter, and the charge in a separate indictment for failure to stop and render aid[1] were tried together. Count II remained pending after trial because Appellee insisted on one verdict for both counts of the indictment contrary to law.

The facts and arguments at trial, shown in the reporter's record for the appeal of the felony murder conviction inform the arguments made at the writ hearing in this case.

---

[1] The appeal of the conviction for failure to stop and render aid is also pending in this Court in *McGuire v. State,* Cause No. 01-14-00241-CR.

1

WHEREFORE, PREMISES CONSIDERED, The State asks the Court to take judicial notice of the reporter's record in No. 01-14-00240-CR in deciding this appeal.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Richmond, Texas 77469
(281) 238-3205/(281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State's motion was served by certified mail, return receipt requested # 7012 3460 0002 4097 9206 on June 2, 2015, on Ms. Kristen Jernigan, Attorney for Appellee, 207 S. Austin Ave., Georgetown, TX 78626.

/s/ Mattie Sanford
Mattie Sanford

2